John Kohler Marsh (*in pro se*)
john.kohler.marsh@gmail.com
111 W. 6th Street, #2201
Tempe, AZ 85281
Telephone: (626) 449-9999

FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 1 4 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| JOHN KOHLER MARSH, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MINDGEEK S.À.R.L., d/b/a Pornhub.com, Redtube.com and Tube8.com; FERAS ANTOON, an individual, <br><br> Defendants. | CASE NO. CV-17-02724-PHX-SPL |

**PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT
AND RELIEF PURSUANT TO 17 U.S.C. § 101**

Plaintiff John Kohler Marsh ("Plaintiff") files this complaint for declaratory judgment against Defendants MINDGEEK S.À.R.L. d/b/a Pornhub.com, Redtube.com and Tube8.com, and FERAS ANTOON (collectively, "MINDGEEK").

## NATURE OF THE ACTION

Plaintiff seeks declaratory judgment invalidating MINDGEEK's defense limiting its liability for copyright infringement under 17 U.S.C. § 512 (a)-(d).

## JURISDICTION AND VENUE

This is an action for declaratory judgment arising under (i) the United States Copyright Act of 1976, 17 U.S.C. § 101 *et seq.* (the "Copyright Act"). Thus, this Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338.

This Court has personal jurisdiction over Defendants in that, among other things: (a) Defendants are engaged in tortious conduct within the State of Arizona and in this District, including by copying, displaying, and distributing Plaintiff's copyrighted works, and (b) Defendants' conduct causes injury to Plaintiff and his intellectual property within the State of Arizona.

Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the acts, omissions and events giving rise to the claims asserted in this Complaint occurred in this judicial district.

Plaintiff has, and at all relevant times had, a residence and principal place of business at 111 West 6th Street, Tempe, Arizona.

Upon information and belief, Defendant MindGeek S.à.r.l. is, and at all relevant times was, a business entity organized as a "Société à responsabilité limitée" under the laws of Luxembourg, and has its principal place of business at 32 Boulevard Royal, L-2249 Luxembourg City, Luxembourg.

Upon information and belief, Defendant Feras Antoon is, and at all relevant times was, a shareholder and executive of Defendant Mindgeek S.À.R.L.. Plaintiff is informed and believes that Mr. Antoon has a principal place of business at 7777 boulevard Decarie, Suite 600, Montreal, Quebec, Canada.

**FACTS GIVING RISE TO THIS ACTION**

Plaintiff has produced adult-entertainment content embodying audio-visual recordings created and copyrighted for the last 15 years, under the trade names and US Registered Trademarks FRATMEN®, FRATPAD®, FRATMEN SUCKS™ and FRATERNITY MEN®, via the Internet.

At issue are six (6) of Plaintiff's copyrights. Each work was registered within five (5) years of publication, and all registrations were in effect no later than October 10, 2011.

MINDGEEK owns and operates a network of "tube sites", including Pornhub.com, Redtube.com and Tube8.com, among others, which display individual web pages containing videos that are seen by their users on the Internet.

Plaintiff has personally observed and copied twenty (20) web pages, controlled by MINDGEEK, that displayed complete and identical copies of Plaintiff's copyrighted audio-visual works. The infringements were observed from August 14, 2014 and continue to the present time.

Each of the recorded web pages display an incrementing number, which documents how many times the page has been viewed, and the twenty (20) web pages screenshots at issue document three million, six-hundred and thirty-four thousand, five-hundred and sixty-three (3,634,563) public displays of Plaintiff's copyrights. (See Exhibit A and B)

# CLAIM FOR RELIEF

This is a declaratory judgment action under (i) the United States Copyright Act of 1976, 17 U.S.C. § 101 *et. seq.* (the "Copyright Act"), and 28 U.S.C. §§ 2201 and 2202 (the Declaratory Judgment Act). As an actual justiciable controversy exists by way of Defendants' assertion of limited liability under "DMCA safe harbor" provisions, Plaintiff seeks relief from this Court.

Defendants' have infringed, and are continuing to infringe, Plaintiff's copyrights by publicly displaying the works in their entireties, without authorization, in violation of the Copyright Act, 17 U.S.C. § 101 et seq.

Defendants' acts of infringement are willful and with indifference to the rights of Plaintiff, and are therefore not entitled to limit their liability under § 512 (a)-(d) of the Act.

Defendants' allocate and receive a direct financial benefit from each of the infringements, and are therefore not entitled to limit their liability under § 512 (a)-(d) of the Act.

Plaintiff has never authorized or given consent to MINDGEEK to use their copyrighted works in the manner complained of herein.

As a direct and proximate result of the infringements alleged herein, Plaintiff is entitled to damages of Defendants' profits in an amount which is presently not ascertainable.

Plaintiff is also entitled to his full costs pursuant to 17 U.S.C. § 505.

**REQUEST FOR RELIEF**

WHEREFORE, Plaintiff judgment awarding relief including an Order:

Declaring that Defendants fail to carry the burden of their "DMCA safe harbor" defense under the provisions of 17 U.S.C. § 512 (a)-(d), and are therefore liable for vicarious copyright infringement in violation of the Copyright Act, 17 U.S.C. § 101.

Requiring Defendants to provide Plaintiff with an accounting of all revenue derived from the exploitation of any of Plaintiff's copyrights.

Awarding Plaintiff monetary relief under 17 U.S.C. § 504 of Defendants' profits in an amount not yet determined.

Awarding Plaintiff his costs in this action pursuant to 17 U.S.C. § 505 and other applicable laws.

Awarding such other relief as this Court may deem just.

DATED: August 14, 2017

Respectfully submitted,

JOHN KOHLER MARSH

By: _____

John Kohler Marsh (*in pro se*)
john.kohler.marsh@gmail.com
111 W. 6th Street, #2201
Tempe, AZ 85281
Telephone: (626) 449-9999