**THORPE SHWER, P.C.**
Bradley D. Shwer (No. 022696)
Andrea L. Marconi (No. 022577)
3200 North Central Avenue, Suite 1560
Phoenix, Arizona 85012-2441
Telephone: (602) 682-6100
Email: docket@thorpeshwer.com
Email: bshwer@thorpeshwer.com
Email: amarconi@thorpeshwer.com

**MITCHELL SILBERBERG & KNUPP LLP**
David Steinberg (CA SBN 130593) (*pro hac vice*)
Emily Evitt (CA SBN 261491) (*pro hac vice*)
Melinda Carrido (CA SBN 285445) (*pro hac vice*)
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100
das@msk.com
efe@msk.com
m2c@msk.com

Attorneys for Specially Appearing
Defendants Feras Antoon and MindGeek S.à.r.l.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Kohler Marsh, individually,<br><br>Plaintiff,<br><br>v.<br><br>MindGeek S.à.r.l., individually and d/b/a Pornhub.com, Redtube.com and Tube8.com; MindGeek USA Inc., individually and d/b/a Pornhub.com, Redtube.com and Tube8.com; MG Billing US, individually and d/b/a Pornhub.com, Redtube.com and Tube8.com; MG Freesites Ltd., individually and d/b/a Pornhub.com, Redtube.com and Tube8.com; Feras Antoon, an individual,<br><br>Defendants. | NO. 2:17-cv-02724-SPL<br><br>**SPECIALLY APPEARING DEFENDANT MINDGEEK S.À.R.L.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>(Assigned to the Hon. Steven P. Logan) |

This Corporate Disclosure Statement is filed on behalf of Specially Appearing Defendant MindGeek S.à.r.l. in compliance with the provisions of: *(check one)*

1      __X__   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

     ____   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

     ____   Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

     ____   No such corporation.

     ____   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

     ____   Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

     _____ Relationship_____

     __X__  Other (please explain)

MindGeek S.à.r.l. is a privately held company whose owners are: Coginvest S.A., Acaju Investments S.A., Share Investments S.A, and MindGeek Holding, Inc.  MindGeek Holding, Inc. is a privately held company whose owners are 9288-1259 Quebec Inc. and 9288-1275 Quebec Inc.

2

**MINDGEEK S.À.R.L.'s RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

1  MindGeek S.à.r.l. will submit a Supplemental Corporate Disclosure Statement
2  upon any change of this information.
3  Respectfully submitted this 24th day of October, 2017.

THORPE SHWER, P.C.

By */s/ Andrea L. Marconi*
     Bradley D. Shwer
     Andrea L. Marconi

AND

David Steinberg (*pro hac vice*)
Emily Evitt  (*pro hac vice*)
Melinda Carrido  (*pro hac vice*)
MITCHELL SILBERBERG & KNUPP LLP

*Attorneys for Specially Appearing Defendants Feras Antoon and MindGeek S.à.r.l.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2017, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

I further certify that on October 24, 2017, I served by U.S. Mail, the attached document to the following:

John Kohler Marsh
(*pro se*)
111 West 6th Street, #2201
Tempe, Arizona 85281
**Plaintiff**

                                                                    */s/ Katie Chaban*

**MINDGEEK S.À.R.L.'s RULE 7.1 CORPORATE DISCLOSURE STATEMENT**