IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Kohler Marsh,<br><br>             Plaintiff,<br>vs.<br><br>MindGeek SARL, et al.,<br><br>             Defendants. | No. CV-17-02724-PHX-SPL<br><br>**ORDER** |

On September 25, 2017, Plaintiff moved to file a Fourth Amended Complaint in this matter (Doc. 27). The Plaintiff was granted leave to file a Second Amended Complaint on September 13, 2017 (Doc. 22), but the Plaintiff moved for leave to file its Third Amended Complaint (Doc. 24) and the Fourth Amended Complaint (Doc. 43) prior to completing service on any of its earlier complaints.  Plaintiff attempted to serve the Fourth Amended Complaint on the Defendants prior to the Court granting his motion for leave to file the Fourth Amended Complaint. (Doc. 31; Doc. 32)  Because the Plaintiff never completed service on any complaint before the Fourth Amended Complaint, the Court finds that the Defendants must be served in accordance with Rule 4 of the Federal Rules of Civil Procedure instead of Rule 5.  By way of Rule 4(h), Rule 4(f)(1) of the Federal Rules of Civil Procedure requires that an individual in a foreign country must be served by any internationally agreed means of service that is reasonably calculated to give notice, such as those authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents.  Accordingly,

1     **IT IS ORDERED** that within **21 days** of the date of this Order, Plaintiff must
2 show cause why this action should not be dismissed for failure to comply with Rule 4(f)
3 of the Federal Rules of Civil Procedure.
4     Dated this 23rd day of July, 2018.

*[signature]*
Honorable Steven P. Logan
United States District Judge