John Kohler Marsh
john.kohler.marsh@gmail.com
4848 N. Goldwater Boulevard, #4074
Scottsdale, AZ  85251
Telephone: (626) 449-9999

*In propria persona*



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Kohler Marsh, individually,<br><br>                Plaintiff,<br>     v.<br><br>Mindgeek USA Inc., individually and d/b/a Pornhub.com, Redtube.com and Tube8.com; MG Billing US, individually and d/b/a Pornhub.com, Redtube.com and Tube8.com,<br><br>                Defendants. | Case No. CV-17-02724-PHX-SPL<br><br>**MOTION TO DISMISS DEFENDANTS MINDGEEK S.À.R.L AND MG FREESITES LTD.** |

    To satisfy this Court's Order to Show Cause (Doc.45) for failure to comply with Rule 4(f) of the Federal Rules of Civil Procedures, I respectfully move the Court to dismiss Defendants Mindgeek S.À.R.L and MG Freesites Ltd. Neither defendant has been served process.

...

DATED: August 13, 2018                Respectfully submitted,

                                                        JOHN KOHLER MARSH

                                                        By: _____

                                                        John Kohler Marsh *(pro se)*
                                                        john.kohler.marsh@gmail.com
                                                        4848 N. Goldwater Boulevard, #4074
                                                        Scottsdale, AZ  85251
                                                        Telephone: (626) 449-9999